**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-63279**

MARCO VERCH,

Plaintiff,

v.

MED SUPPLY US LLC,

Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant MED SUPPLY US LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Verch's original copyrighted Work of authorship.

2. Marco Verch is a photographer from Cologne, Germany. He has been working as a photographer for many years and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant MED SUPPLY US LLC ("Med Supply US") is a medical supply company that provides diabetes management products, particularly continuous glucose monitors, and related support services to help patients monitor and manage their health. At all times

relevant herein, Med Supply US owned and operated the internet website located at the URL https://medsupply.us/ (the "Website").

4. Verch alleges that Med Supply US copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. Med Supply US committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Med Supply US' business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Med Supply US is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Med Supply US engaged in infringement in this district, Med Supply US resides in this district, and Med Supply US is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Med Supply US LLC is a Florida Limited Liability Company, with its principal place of business at 1 Oakwood Boulevard, Suite 212, Hollywood, Florida 33020, and can be served by serving its Registered Agent, George Colone, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2019, Liliya Krivorychko created the photograph entitled "The-concept-of-weight-loss-using-medication-pills," which is shown below and referred to herein as the "Work."




11. Liliya Krivorychko subsequently transferred all rights in the Work to Verch.

12. Verch registered the Work with the Register of Copyrights on February 25, 2020, and was assigned registration number VA 2-196-997. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Verch was the owner of the copyrighted Work.

## INFRINGEMENT BY MED SUPPLY US

14. Med Supply US has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Med Supply US copied the Work.

16. On or about March 12, 2024, Verch discovered the unauthorized use of his Work on the Website. Med Supply US used the Work on the Website in an article titled, "Obesity Drugs 2.0: Buckle up for a Blockbuster Year."

17. Med Supply US copied Verch's copyrighted Work without Verch's permission.

18. After Med Supply US copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

19. Med Supply US copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Med Supply US committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Verch never gave Med Supply US permission or authority to copy, distribute or display the Work for any purpose.

22. Verch notified Med Supply US of the allegations set forth herein on April 22, 2025 and June 12, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Verch incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Verch owns a valid copyright in the Work.

25. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Med Supply US copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

27. Med Supply US performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Verch has been damaged.

30. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant MED SUPPLY US LLC that:

a. Med Supply US and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Med Supply US be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Verch be awarded pre- and post-judgment interest; and

e. Verch be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Verch hereby demands a trial by jury of all issues so triable.

Dated: November 20, 2026 Respectfully submitted,

*/s/ Sanje V. Lara*
SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
786.743.0018 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*